UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

GRAND JURY SWORN IN ON MARCH 13, 1995

95-0088

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. |
| | : | GRAND JURY ORIGINAL |
| v. | : | |
| | : | |
| HAROLD CUNNINGHAM, JR., | : | Violations: |
| PERCY BARRON, | : | |
| a/k/a "Perp" | : | 18 U.S.C. §1962(c) |
| BILLY RICHARDSON | : | (Participation in the |
| | : | Affairs of an Enterprise |
| | : | Through a Pattern of |
| | : | Racketeering Activity) |
| | : | (Count 1) |
| | : | |
| | : | 18 U.S.C. §1962(d) |
| | : | (Conspiracy to Participate |
| | : | in the Affairs of an |
| | : | Enterprise Through a |
| | : | Pattern of Racketeering |
| | : | Activity) |
| | : | (Count 2) |
| | : | |
| | : | 22 D.C. Code §§2901 and 3202 |
| | : | (Robbery While Armed) |
| | : | (Counts 3, 4, 28, 31, 32, 39, |
| | : | 40, 41, 47, 48, 49) |
| | : | |
| | : | 22 D.C. Code §§1801(b) and 3202 |
| | : | (Second-Degree Burglary While |
| | : | Armed) |
| | : | (Counts 5, 36, 43, 52) |
| | : | |
| | : | 22 D.C. Code §3204(b) |
| | : | (Possession of Firearm During a |
| | : | Crime of Violence) |
| | : | (Counts 6, 8, 16, 18, 19, 25, |
| | : | 27, 29, 58, 60, 66) |
| | : | |
| | : | 18 U.S.C. §922(g) |
| | : | (Felon in Possession of a |
| | : | Firearm) |
| | : | (Counts 7, 17, 20, 22, 26, 30 |
| | : | 38, 45, 46, 54, 59, 67) |
| | : | |
| | : | 22 D.C. Code §3204(a) |
| | : | (Carrying a Pistol Without a |
| | : | License) |
| | : | (Counts 9, 21) |
| | : | |

KESSLER, J. GK

B

FILED IN OPEN COURT

APR 13 1995

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

```
:    22 D.C.   de §§503 and 3202
:    (Assault with Intent to Murder
:    While Armed)
:    (Counts 10, 11, 12, 13, 14, 15
:    23, 24, 56, 57, 65)
:
:    22 D.C. Code §§501 and 3202
:    (Assault with Intent to Commit
:    Robbery While Armed)
:    (Counts 33, 34, 35)
:
:    22 D.C. Code §502
:    (Assault   with   a   Dangerous
:    Weapon)
:    (Count 42)
:
:    22 D.C. Code §§2401 and 3202
:    (First-Degree Murder While
:    Armed)
:    (Counts 50, 51, 55)
:
:    18 U.S.C. §924(c)(1)
:    (Use of Firearm During Crime
:    of Violence)
:    (Counts 37, 44, 53)
:
:    18 U.S.C. §922(k)
:    (Possession of Firearm with
:    Obliterated Serial Number)
:    (Counts 61, 68)
:
:    22 D.C. Code §505(a)
:    (Assaulting, Resisting and
:    Interfering with Police Officer)
:    (Counts 62, 63)
:
:    22 D.C. Code §§505(a) and 505(b)
:    (Assaulting, Resisting and
:    Interfering with Police Officer
:    with a Deadly Weapon)
:    (Count 64)
```

## I N D I C T M E N T

The Grand Jury charges that:

### Racketeering Enterprise and Conspiracy

#### COUNT ONE

#### THE RACKETEERING ENTERPRISE

1.    Beginning on or about June 8, 1993 up through and

including October 17, 1993, the defendants HAROLD CUNNINGHAM, JR., PERCY BARRON, also known as "Perp," and BILLY RICHARDSON did constitute an enterprise within the meaning of Title 18, United States Code, Section 1961(4), that is, a group of individuals associated in fact.   The enterprise engaged in acts and threats involving murder and robbery, which are chargeable under State law and are punishable by imprisonment by more than one year.   The activities of the enterprise were conducted in the District of Columbia and in Maryland, and affected interstate commerce.

Purposes of the Enterprise

2.   The purposes of the enterprise included the following:

a.   Enriching the members of the enterprise through robbery.

b.   Preserving and protecting the enterprise and its members against threats, real or perceived, by law enforcement personnel and others.

c.   Promoting and enhancing the enterprise and its members' activities.

Means and Methods of the Enterprise

3.   Among the means and methods by which the defendants conducted and participated in the conduct of the affairs of the enterprise were the following:

a.   Members of the enterprise enriched themselves through the commission of armed robberies.

b.   Members of the enterprise committed, attempted to commit and threatened to commit acts of violence, including murder

and robbery, to protect, promote and perpetuate the enterprise and its criminal operations; which violence resulted in the deaths of five persons and the wounding of fourteen others.

c.    Members of the enterprise used physical violence and the threat of physical violence to create a climate of fear and to promote the reputation of the enterprise, so as to reduce opposition to their acts of robbery and to discourage others from threatening the members of the enterprise.

d.    Members of the enterprise committed, attempted to commit and threatened to commit the murders of those whom they perceived as a threat to themselves and to the enterprise.

e.    Members of the enterprise committed, attempted to commit and threatened to commit the murders of those whom they robbed.

f.    Members of the enterprise committed, attempted to commit and threatened to commit acts of violence for the purpose of protecting the fruits and instrumentalities of the enterprise's criminal activities.

g.    Members of the enterprise used deception and physical violence to thwart law enforcement efforts to apprehend the members of the enterprise.

h.    Members of the enterprise maintained an arsenal of firearms that they regularly carried for protection and to carry out their criminal activities.

<u>The Racketeering Violation</u>

4.    Beginning on or about June 8, 1993 up through and

including October 17, 1993, in the District of Columbia and elsewhere, the defendants HAROLD CUNNINGHAM, JR., PERCY BARRON, also known as "Perp," and BILLY RICHARDSON, being persons employed by and associated with an enterprise, as set forth in Paragraphs One through Three above, which enterprise was engaged in, and the activities of which affected, interstate commerce, unlawfully and knowingly conducted and participated, directly and indirectly, in the conduct of the affairs of that enterprise, through a pattern of racketeering activity.

<u>The Pattern of Racketeering Activity</u>

5.   The pattern of racketeering activity as defined by Title 18, United States Code, Sections 1961(1) and 1961(5) consisted of the following acts involving robbery and murder:

                **Racketeering Act One:**   **Armed Robbery of Special Police Officers on June 8, 1993**

On or about June 8, 1993, within the District of Columbia, the defendants HAROLD CUNNINGHAM, JR., and PERCY BARRON, also known as "Perp," while armed with firearms, by force and violence, against resistance and by putting in fear, stole and took two handguns from the persons and from the immediate actual possession of Montrose Fields and Brian Thompson, in violation of 22 D.C. Code, Sections 2901 and 3202.

                **Racketeering Act Two:**   **Armed Robbery at Carpet Store on July 23, 1993**

On or about July 23, 1993, in the state of Maryland, the defendant HAROLD CUNNINGHAM, JR., and persons whose identities are unknown to the Grand Jury, while armed with pistols, by violence

and by putting in fear, took and carried away a handgun from the person of Christopher Wright, in violation of 27 M.D. Code, Sections 486 and 488.

### Racketeering Act Three:   Assault with Intent to Murder At the IBEX Club on July 26, 1993

On or about July 26, 1993, within the District of Columbia, the defendants HAROLD CUNNINGHAM, JR., PERCY BARRON, also known as "Perp," and BILLY RICHARDSON, while armed with pistols, assaulted Tauriaj Broussard, Gregory Hill, Clarence Minor, Lewis Turner, Sanford Ellis and Dana Forsythe with intent to murder them, in violation of 22 D.C. Code, Sections 503 and 3202.

### Racketeering Act Four:   Assault with Intent to Murder Marvin Thomas on July 29, 1993

On or about July 29, 1993, within the District of Columbia, the defendants HAROLD CUNNINGHAM, JR., and PERCY BARRON, also known as "Perp," while armed with pistols, assaulted Marvin Thomas and Alma Dempsey with intent to murder Marvin Thomas, in violation of 22 D.C. Code, Sections 503 and 3202.

### Racketeering Act Five:   Armed Robbery of Ofc. Barnes on August 13, 1993

On or about August 13, 1993, within the District of Columbia, the defendants HAROLD CUNNINGHAM, JR., and PERCY BARRON, also known as "Perp," while armed with pistols, by force and violence, against resistance and by putting in fear, stole and took a handgun and other property from the person and from the immediate actual possession of Gregory Barnes, in violation of 22 D.C. Code, Sections 2901 and 3202.

**Racketeering Act Six:     Armed Robbery in Annapolis
                            on August 13, 1993**

On or about August 13, 1993, in the state of Maryland, the defendants HAROLD CUNNINGHAM, JR., PERCY BARRON, also known as "Perp," and BILLY RICHARDSON, while armed with firearms, by violence and by putting in fear, took and carried away property of value from the persons of Kim Coates, Henry Brown and others, in violation of 27 M.D. Code, Sections 486 and 488.

**Racketeering Act Seven:   Armed Robbery of Sammy's Liquors
                            on August 24, 1993**

On or about August 24, 1993, within the District of Columbia, the defendants HAROLD CUNNINGHAM, JR., and PERCY BARRON, also known as "Perp," while armed with pistols, by force and violence, against resistance and by putting in fear, stole and took property of value from the persons and from the immediate actual possession of Kyoo Sang Park and Sidney Lazar, in violation of 22 D.C. Code, Sections 2901 and 3202.

**Racketeering Act Eight:   Assault    with    Intent    to
                            Murder Ofc. Hasenpusch of
                            the Hyattsville Police
                            Department on August 26, 1993**

On or about August 26, 1993, in the state of Maryland, the defendants HAROLD CUNNINGHAM, JR., PERCY BARRON, also known as "Perp," and BILLY RICHARDSON, while armed with pistols, assaulted Ofc. Herbert Hasenpusch of the Hyattsville Police Department with intent to murder him, in violation of 27 M.D. Code, Section 12.

**Racketeering Act Nine:    Armed  Robbery  of  Horace  &
                            Dickie's Carryout
                            on August 29, 1993**

On or about August 29, 1993, within the District of

Columbia, the defendants HAROLD CUNNINGHAM, JR., PERCY BARRON, also known as "Perp," and BILLY RICHARDSON, while armed with pistols, by force and violence, against resistance and by putting in fear, stole and took property of value from the persons and from the immediate actual possession of Michael Stovall, Darrell Thomas and Charles Coleman, in violation of 22 D.C. Code, Sections 2901 and 3202.

### Racketeering Act Ten:    Attempted Armed Robbery of U-Haul on August 30, 1993

On or about August 30, 1993, in the state of Maryland, the defendants HAROLD CUNNINGHAM, JR., PERCY BARRON, also known as "Perp," and BILLY RICHARDSON, while armed with pistols, did attempt, by violence and by putting in fear, to take and carry away money from the person and from the immediate actual possession of Rodolfo Quant, in violation of 27 M.D. Code, Sections 486 and 488.

### Racketeering Act Eleven: Murder and Armed Robbery at the Fair Liquor Store on August 30, 1993

The defendants named below committed the following acts, any one of which alone constitutes the commission of Racketeering Act Eleven:

(a) On or about August 30, 1993, in the District of Columbia, the defendants HAROLD CUNNINGHAM, JR., PERCY BARRON, also known as "Perp," and BILLY RICHARDSON, while armed with pistols, by force and violence, against resistance and by putting in fear, stole and took money belonging to the Fair Liquor Store from the persons and from the immediate actual possession of Leonard Henderson, Jong Min Lee and Jong Kook Lee, in violation of 22 D.C.

Code, Sections 2901 and 3202.

(b) On or about August 30, 1993, in the District of Columbia, the defendants HAROLD CUNNINGHAM, JR., PERCY BARRON, also known as "Perp," and BILLY RICHARDSON, while armed with pistols, in perpetrating and attempting to perpetrate the crime of armed robbery as set forth in Paragraph (a) of Predicate Act Eleven, killed Leonard Henderson by shooting him with a pistol on or about August 30, 1993, thereby causing injuries from which Leonard Henderson died on or about August 30, 1993, in violation of 22 D.C. Code, Sections 2401 and 3202.

(c) On or about August 30, 1993, in the District of Columbia, the defendants HAROLD CUNNINGHAM, JR., PERCY BARRON, also known as "Perp," and BILLY RICHARDSON, while armed with pistols, in perpetrating and attempting to perpetrate the crime of armed robbery as set forth in Paragraph (a) of Predicate Act Eleven, killed Jong Min Lee by shooting him with a pistol, thereby causing injuries from which Jong Min Lee died on or about August 30, 1993, in violation of 22 D.C. Code, Sections 2401 and 3202.

### Racketeering Act Twelve: Murder/Attempted Robbery of Tyrone Holland on September 17, 1993

The defendants named below committed the following acts, either one of which alone constitutes the commission of Racketeering Act Twelve:

(a) On or about September 17, 1993, in the state of Maryland, the defendants HAROLD CUNNINGHAM, JR., and PERCY BARRON, also known as "Perp," while armed with a pistol, did attempt, by

violence and by putting in fear, to take and carry away money or other valuable property from the person of Tyrone Holland, in violation of 27 M.D. Code, Sections 486 and 488.

(b)  On or about September 17, 1993, in the District of Columbia, the defendants HAROLD CUNNINGHAM, JR., and PERCY BARRON, also known as "Perp," while armed with a pistol, in perpetrating and attempting to perpetrate the crime of attempted armed robbery as set forth in Paragraph (a) of Predicate Act Twelve, killed Tyrone Holland by shooting him with a pistol, thereby causing injuries from which Tyrone Holland died on or about September 17, 1993, in violation of 27 M.D. Code, Section 410.

### Racketeering Act Thirteen: Murder of Anthony Johnson on September 20, 1993

On or about September 20, 1993, within the District of Columbia, the defendants HAROLD CUNNINGHAM, JR., and PERCY BARRON, also known as "Perp," while armed with pistols, purposely and with deliberate and premeditated malice, killed Anthony Johnson by shooting him with pistols, thereby causing injuries from which Anthony Johnson died on or about September 20, 1993, in violation of 22 D.C. Code, Sections 2401 and 3202.

### Racketeering Act Fourteen:  Murder of Marvin Thomas on October 5, 1993

On or about October 5, 1993, in the state of Maryland, the defendant HAROLD CUNNINGHAM, JR., while armed with a pistol, purposely and with deliberate and premeditated malice, killed Marvin Thomas by shooting him with a pistol, thereby causing injuries from which Marvin Thomas died on or about October 5, 1993,

in violation of 27 M.D. Code, Section 407.

> **Racketeering Act Fifteen: Assault with Intent to Murder Ofc. McDowell of the Metropolitan Police Department on October 17, 1993**

On or about October 17, 1993, within the District of Columbia, the defendant HAROLD CUNNINGHAM, JR., while armed with a pistol, assaulted Ofc. Michael McDowell of the Metropolitan Police Department with intent to murder him, in violation of 22 D.C. Code, Sections 503 and 3202.

(Participation in the Affairs of an Enterprise through a Pattern of Racketeering Activity, in violation of Title 18, United States Code, Section 1962(c))

## COUNT TWO

### THE RACKETEERING CONSPIRACY

Paragraphs One through Five of Count One are realleged and incorporated herein by reference.

6. Beginning on or about June 8, 1993 up through and including October 17, 1993, in the District of Columbia and elsewhere, the defendants HAROLD CUNNINGHAM, JR., PERCY BARRON, also known as "Perp," and BILLY RICHARDSON, being persons employed by and associated with the enterprise described in Paragraphs One through Three of Count One of this Indictment, unlawfully and knowingly combined, conspired, confederated and agreed together and with each other to violate the racketeering laws of the United States, to wit, Section 1962(c) of Title 18, United States Code, that is, to conduct and participate, directly and indirectly, in the conduct of the affairs of that enterprise, which enterprise was engaged in and the activities of which affected interstate

commerce, through a pattern of racketeering activity, as that term is defined in Title 18, United States Code, Sections 1961(1) and 1961(5), and as set forth in Paragraph Five in Count One of this Indictment as Predicate Acts One through Fifteen.  It was further part of the conspiracy that each defendant agreed that at least two acts of racketeering activity, as set forth in Paragraph Five of Count One, would be committed in the conduct of the affairs of the enterprise.

(Conspiracy to Participate in the Affairs of an Enterprise through a Pattern of Racketeering Activity, in violation of Title 18, United States Code, Section 1962(d))

### Armed Robbery of Special Police Officers

### COUNT THREE

### ARMED ROBBERY OF MONTROSE FIELDS

7.   On or about June 8, 1993, within the District of Columbia, the defendants HAROLD CUNNINGHAM, JR. and PERCY BARRON, also known as "Perp," while armed with firearms, by force and violence, against resistance and by putting in fear, stole and took from the person and from the immediate actual possession of Montrose Fields, property belonging to AIMATS Security Agency, consisting of a .38 caliber handgun.

(Armed Robbery, in violation of Title 22, D.C. Code, Sections 2901 and 3202)

### COUNT FOUR

### ARMED ROBBERY OF BRIAN THOMPSON

8.   On or about June 8, 1993, within the District of Columbia, the defendants HAROLD CUNNINGHAM, JR. and PERCY BARRON, also known as "Perp," while armed with firearms, by force and

violence, against resistance and by putting in fear, stole and took from the person and from the immediate actual possession of Brian Thompson, property belonging to AIMATS Security Agency, consisting of a .38 caliber handgun.

(Armed Robbery, in violation of Title 22, D.C. Code, Sections 2901 and 3202)

## COUNT FIVE

### SECOND-DEGREE BURGLARY WHILE ARMED

9.   On or about June 8, 1993, within the District of Columbia, the defendants HAROLD CUNNINGHAM, JR. and PERCY BARRON, also known as "Perp," while armed with firearms, entered an apartment building of the District of Columbia at 1140 North Capitol Street, N.W. with intent to steal property of another.

(Second-Degree Burglary While Armed, in violation of Title 22, D.C. Code, Sections 1801(b) and 3202)

## COUNT SIX

### POSSESSION OF A FIREARM DURING A CRIME OF VIOLENCE

10.   On or about June 8, 1993, within the District of Columbia, the defendant HAROLD CUNNINGHAM, JR. did possess a firearm, that is, a shotgun or imitation thereof, while committing the crimes of armed robbery and second-degree burglary while armed, as set forth in Counts Three, Four and Five of this Indictment.

(Possession of a Firearm During a Crime of Violence, in violation of Title 22, D.C. Code, Section 3204(b))

## COUNT SEVEN

### FELON IN POSSESSION OF A FIREARM

11.   On or about June 8, 1993, within the District of Columbia, the defendant HAROLD CUNNINGHAM, JR., having been

convicted of a crime punishable by a term of imprisonment of more than one year, to wit, the offense of possession with intent to distribute cocaine, of which the defendant was convicted in 1988 in the state of Maryland, did knowingly possess in and affecting commerce a firearm, to wit, a shotgun.

(Felon in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g))

## COUNT EIGHT

### POSSESSION OF A FIREARM DURING A CRIME OF VIOLENCE

12. On or about June 8, 1993, within the District of Columbia, the defendant PERCY BARRON, also known as "Perp," did possess a firearm, that is, a pistol or imitation thereof, while committing the crimes of armed robbery and second-degree burglary while armed, as set forth in Counts Three, Four and Five of this Indictment.

(Possession of a Firearm During a Crime of Violence, in violation of Title 22, D.C. Code, Section 3204(b))

### Barron's Arrest with a Pistol

## COUNT NINE

### CARRYING A PISTOL WITHOUT A LICENSE

13. On or about July 3, 1993, within the District of Columbia, the defendant PERCY BARRON, also known as "Perp," did carry, openly and concealed on or about his person, a pistol, without a license therefor issued as provided by law.

(Carrying a Pistol Without a License, in violation of Title 22, D.C. Code, Section 3204(a))

### Shooting at IBEX Club

<u>COUNT TEN</u>

<u>ASSAULT OF TAURIAJ BROUSSARD WITH INTENT TO MURDER WHILE ARMED</u>

14.   In or about the early morning of July 26, 1993, within the District of Columbia, the defendants HAROLD CUNNINGHAM, JR., PERCY BARRON, also known as "Perp," and BILLY RICHARDSON, while armed with pistols, assaulted Tauriaj Broussard with intent to murder him.

(Assault with Intent to Murder While Armed, in violation of Title 22, D.C. Code, Sections 503 and 3202)

<u>COUNT ELEVEN</u>

<u>ASSAULT OF GREGORY HILL WITH INTENT TO MURDER WHILE ARMED</u>

15.   In or about the early morning of July 26, 1993, within the District of Columbia, the defendants HAROLD CUNNINGHAM, JR., PERCY BARRON, also known as "Perp," and BILLY RICHARDSON, while armed with pistols, assaulted Gregory Hill with intent to murder him.

(Assault with Intent to Murder While Armed, in violation of Title 22, D.C. Code, Sections 503 and 3202)

<u>COUNT TWELVE</u>

<u>ASSAULT OF CLARENCE MINOR WITH INTENT TO MURDER WHILE ARMED</u>

16.   In or about the early morning of July 26, 1993, within the District of Columbia, the defendants HAROLD CUNNINGHAM, JR., PERCY BARRON, also known as "Perp," and BILLY RICHARDSON, while armed with pistols, assaulted Clarence Minor with intent to murder him.

(Assault with Intent to Murder While Armed, in violation of Title 22, D.C. Code, Sections 503 and 3202)

## COUNT THIRTEEN

### ASSAULT OF LEWIS TURNER WITH INTENT TO MURDER WHILE ARMED

17.   In or about the early morning of July 26, 1993, within the District of Columbia, the defendants HAROLD CUNNINGHAM, JR., PERCY BARRON, also known as "Perp," and BILLY RICHARDSON, while armed with pistols, assaulted Lewis Turner with intent to murder him.

(Assault with Intent to Murder While Armed, in violation of Title 22, D.C. Code, Sections 503 and 3202)

## COUNT FOURTEEN

### ASSAULT OF SANFORD ELLIS WITH INTENT TO MURDER WHILE ARMED

18.   In or about the early morning of July 26, 1993, within the District of Columbia, the defendants HAROLD CUNNINGHAM, JR., PERCY BARRON, also known as "Perp," and BILLY RICHARDSON, while armed with pistols, assaulted Sanford Ellis with intent to murder him.

(Assault with Intent to Murder While Armed, in violation of Title 22, D.C. Code, Sections 503 and 3202)

## COUNT FIFTEEN

### ASSAULT OF DANA FORSYTHE WITH INTENT TO MURDER WHILE ARMED

19.   In or about the early morning of July 26, 1993, within the District of Columbia, the defendants HAROLD CUNNINGHAM, JR., PERCY BARRON, also known as "Perp," and BILLY RICHARDSON, while armed with pistols, assaulted Dana Forsythe with intent to murder him.

(Assault with Intent to Murder While Armed, in violation of Title 22, D.C. Code, Sections 503 and 3202)

### COUNT SIXTEEN

### POSSESSION OF A FIREARM DURING A CRIME OF VIOLENCE

20. In or about the early morning of July 26, 1993, within the District of Columbia, the defendant HAROLD CUNNINGHAM, JR. did possess a firearm, that is, a pistol or imitation thereof, while committing the crime of assault with intent to murder while armed, as set forth in Counts Ten through Fifteen of this Indictment.

(Possession of a Firearm During a Crime of Violence, in violation of Title 22, D.C. Code, Section 3204(b))

### COUNT SEVENTEEN

### FELON IN POSSESSION OF A FIREARM

21. In or about the early morning of July 26, 1993, within the District of Columbia, the defendant HAROLD CUNNINGHAM, JR., having been convicted of a crime punishable by a term of imprisonment of more than one year, to wit, the offense of possession with intent to distribute cocaine, of which the defendant was convicted in 1988 in the state of Maryland, did knowingly possess in and affecting commerce a firearm, to wit, a pistol.

(Felon in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g))

### COUNT EIGHTEEN

### POSSESSION OF A FIREARM DURING A CRIME OF VIOLENCE

22. In or about the early morning of July 26, 1993, within the District of Columbia, the defendant PERCY BARRON, also known as "Perp," did possess a firearm, that is, a pistol or imitation thereof, while committing the crime of assault with intent to

murder while armed, as set forth in Counts Ten through Fifteen of this Indictment.

(Possession of a Firearm During a Crime of Violence, in violation of Title 22, D.C. Code, Section 3204(b))

### COUNT NINETEEN

### POSSESSION OF A FIREARM DURING A CRIME OF VIOLENCE

23.  In or about the early morning of July 26, 1993, within the District of Columbia, the defendant BILLY RICHARDSON did possess a firearm, that is, a pistol or imitation thereof, while committing the crime of assault with intent to murder while armed, as set forth in Counts Ten through Fifteen of this Indictment.

(Possession of a Firearm During a Crime of Violence, in violation of Title 22, D.C. Code, Section 3204(b))

### COUNT TWENTY

### FELON IN POSSESSION OF A FIREARM

24.  In or about the early morning of July 26, 1993, within the District of Columbia, the defendant BILLY RICHARDSON, having been convicted of a crime punishable by a term of imprisonment of more than one year, to wit, the offense of possession with intent to distribute phencyclidine ("PCP"), of which the defendant was convicted in 1987 in the state of Maryland, did knowingly possess in and affecting commerce a firearm, to wit, a pistol.

(Felon in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g))

### Cunningham's Arrest with a Pistol

### COUNT TWENTY-ONE

### CARRYING A PISTOL WITHOUT A LICENSE

25.  In or about the evening of July 26, 1993, within the

District of Columbia, the defendant HAROLD CUNNINGHAM, JR. did carry, openly and concealed on or about his person, a pistol, without a license therefor issued as provided by law.

(Carrying a Pistol Without a License, in violation of Title 22, D.C. Code, Section 3204(a))

### COUNT TWENTY-TWO

### FELON IN POSSESSION OF A FIREARM

26.  In or about the evening of July 26, 1993, within the District of Columbia, the defendant HAROLD CUNNINGHAM, JR., having been convicted of a crime punishable by a term of imprisonment of more than one year, to wit, the offense of possession with intent to distribute cocaine, of which the defendant was convicted in 1988 in the state of Maryland, did knowingly possess in and affecting commerce a firearm, to wit, a pistol.

(Felon in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g))

### Shooting of Marvin Thomas

### COUNT TWENTY-THREE

### ASSAULT OF MARVIN THOMAS WITH INTENT TO MURDER WHILE ARMED

27.  On or about July 29, 1993, within the District of Columbia, the defendants HAROLD CUNNINGHAM, JR. and PERCY BARRON, also known as "Perp," while armed with pistols, assaulted Marvin Thomas with intent to murder him.

(Assault with Intent to Murder While Armed, in violation of Title 22, D.C. Code, Sections 503 and 3202)

### COUNT TWENTY-FOUR

### ASSAULT OF ALMA DEMPSEY WITH INTENT TO MURDER WHILE ARMED

28.  On or about July 29, 1993, within the District of

Columbia, the defendants HAROLD CUNNINGHAM, JR. and PERCY BARRON, also known as "Perp," while armed with pistols, assaulted Alma Dempsey with intent to murder Marvin Thomas.

(Assault with Intent to Murder While Armed, in violation of Title 22, D.C. Code, Sections 503 and 3202)

### COUNT TWENTY-FIVE

### POSSESSION OF A FIREARM DURING A CRIME OF VIOLENCE

29.  On or about July 29, 1993, within the District of Columbia, the defendant HAROLD CUNNINGHAM, JR. did possess a firearm, that is, a pistol or imitation thereof, while committing the crime of assault with intent to murder while armed, as set forth in Counts Twenty-Three and Twenty-Four of this Indictment.

(Possession of a Firearm During a Crime of Violence, in violation of Title 22, D.C. Code, Section 3204(b))

### COUNT TWENTY-SIX

### FELON IN POSSESSION OF A FIREARM

30.  On or about July 29, 1993, within the District of Columbia, the defendant HAROLD CUNNINGHAM, JR., having been convicted of a crime punishable by a term of imprisonment of more than one year, to wit, the offense of possession with intent to distribute cocaine, of which the defendant was convicted in 1988 in the state of Maryland, did knowingly possess in and affecting commerce a firearm, to wit, a pistol.

(Felon in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g))

### COUNT TWENTY-SEVEN

### POSSESSION OF A FIREARM DURING A CRIME OF VIOLENCE

31.  On or about July 29, 1993, within the District of

Columbia, the defendant PERCY BARRON, also known as "Perp," did possess a firearm, that is, a pistol or imitation thereof, while committing the crime of assault with intent to murder while armed, as set forth in Counts Twenty-Three and Twenty-Four of this Indictment.

(Possession of a Firearm During a Crime of Violence, in violation of Title 22, D.C. Code, Section 3204(b))

### Armed Robbery of Ofc. Barnes

#### COUNT TWENTY-EIGHT

##### ARMED ROBBERY OF OFFICER GREGORY BARNES

32. On or about August 13, 1993, within the District of Columbia, the defendants HAROLD CUNNINGHAM, JR. and PERCY BARRON, also known as "Perp," while armed with pistols, by force and violence, against resistance and by putting in fear, stole and took from the person and from the immediate actual possession of Gregory Barnes, property belonging to Gregory Barnes, consisting of money, jewelry, a mobile phone, and a watch, and property belonging to the Metropolitan Police Department, consisting of a Glock nine-millimeter handgun and a Department badge and identification folder.

(Armed Robbery, in violation of Title 22, D.C. Code, Sections 2901 and 3202)

#### COUNT TWENTY-NINE

##### POSSESSION OF A FIREARM DURING A CRIME OF VIOLENCE

33. On or about August 13, 1993, within the District of Columbia, the defendant HAROLD CUNNINGHAM, JR. did possess a firearm, that is, a pistol or imitation thereof, while committing

the crime of armed robbery, as set forth in Count Twenty-Eight of this Indictment.

(Possession of a Firearm During a Crime of Violence, in violation of Title 22, D.C. Code, Section 3204(b))

<u>COUNT THIRTY</u>

<u>FELON IN POSSESSION OF A FIREARM</u>

34.   On or about August 13, 1993, within the District of Columbia, the defendant HAROLD CUNNINGHAM, JR., having been convicted of a crime punishable by a term of imprisonment of more than one year, to wit, the offense of possession with intent to distribute cocaine, of which the defendant was convicted in 1988 in the state of Maryland, did knowingly possess in and affecting commerce a firearm, to wit, a pistol.

(Felon in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g))

<u>Armed Robbery of Sammy's Liquor Store</u>

<u>COUNT THIRTY-ONE</u>

<u>ARMED ROBBERY OF KYOO SANG PARK</u>

35.   On or about August 24, 1993, within the District of Columbia, the defendants HAROLD CUNNINGHAM, JR. and PERCY BARRON, also known as "Perp," and a person whose identity is unknown to the Grand Jury, while armed with pistols, by force and violence, against resistance and by putting in fear, stole and took from the person and from the immediate actual possession of Kyoo Sang Park money belonging to Sammy's Liquor Store.

(Armed Robbery, in violation of Title 22, D.C. Code, Sections 2901 and 3202)

## COUNT THIRTY-TWO

### ARMED ROBBERY OF SIDNEY LAZAR

36.  On or about August 24, 1993, within the District of Columbia, the defendants HAROLD CUNNINGHAM, JR. and PERCY BARRON, also known as "Perp," and a person whose identity is unknown to the Grand Jury, while armed with pistols, by force and violence, against resistance and by putting in fear, stole and took from the person and from the immediate actual possession of Sidney Lazar, money belonging to Sammy's Liquor Store.

(Armed Robbery, in violation of Title 22, D.C. Code, Sections 2901 and 3202)

## COUNT THIRTY-THREE

### ASSAULT OF WILLIAM LITTLEJOHN WITH INTENT TO COMMIT ROBBERY

37.  On or about August 24, 1993, within the District of Columbia, the defendants HAROLD CUNNINGHAM, JR. and PERCY BARRON, also known as "Perp," and a person whose identity is unknown to the Grand Jury, while armed with pistols, assaulted William Littlejohn with intent to steal and take valuable goods and property from the person and from the actual immediate possession of Kyoo Sang Park and Sidney Lazar by force and violence, against resistance and by putting in fear.

(Assault with Intent to Commit Robbery, in violation of Title 22, D.C. Code, Sections 501 and 3202)

## COUNT THIRTY-FOUR

### ASSAULT OF MACK KING WITH INTENT TO COMMIT ROBBERY

38.  On or about August 24, 1993, within the District of Columbia, the defendants HAROLD CUNNINGHAM, JR. and PERCY BARRON,

also known as "Perp," and a person whose identity is unknown to the Grand Jury, while armed with pistols, assaulted Mack King with intent to steal and take valuable goods and property from the person and from the actual immediate possession of Kyoo Sang Park and Sidney Lazar by force and violence, against resistance and by putting in fear.

(Assault with Intent to Commit Robbery, in violation of Title 22, D.C. Code, Sections 501 and 3202)

### COUNT THIRTY-FIVE

### ASSAULT OF FREDERICK PEARSON WITH INTENT TO COMMIT ROBBERY

39.  On or about August 24, 1993, within the District of Columbia, the defendants HAROLD CUNNINGHAM, JR. and PERCY BARRON, also known as "Perp," and a person whose identity is unknown to the Grand Jury, while armed with pistols, assaulted Frederick Pearson with intent to steal and take valuable goods and property from the person and from the actual immediate possession of Kyoo Sang Park and Sidney Lazar by force and violence, against resistance and by putting in fear.

(Assault with Intent to Commit Robbery, in violation of Title 22, D.C. Code, Sections 501 and 3202)

### COUNT THIRTY-SIX

### SECOND-DEGREE BURGLARY WHILE ARMED

40.  On or about August 24, 1993, within the District of Columbia, the defendants HAROLD CUNNINGHAM, JR. and PERCY BARRON, also known as "Perp," and a person whose identity is unknown to the Grand Jury, while armed with pistols, entered Sammy's Liquor Store with intent to steal property of another.

(Second-Degree Burglary While Armed, in violation of Title 22, D.C. Code, Sections 1801(b) and 3202)

### COUNT THIRTY-SEVEN

### USE OF A FIREARM DURING A CRIME OF VIOLENCE

41.  On or about August 24, 1993, within the District of Columbia, the defendants HAROLD CUNNINGHAM JR. and PERCY BARRON, also known as "Perp," knowingly used and carried pistols, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, to wit, obstructing, delaying and affecting commerce and the movement of any article or commodity in commerce, by robbery, in that they unlawfully took and obtained money and personal property from the persons or in the presence of the employees of Sammy's Liquor Store, against their will, by means of actual or threatened force, violence and fear of injury, immediate and future, to the employees of Sammy's Liquors and others in the company of the employees at the time of the taking, in violation of Title 18, United States Code, Section 1951.

(Use of a Firearm During a Crime of Violence, in violation of Title 18, United States Code, Sections 2 and 924(c)(1))

### COUNT THIRTY-EIGHT

### FELON IN POSSESSION OF A FIREARM

42.  On or about August 24, 1993, within the District of Columbia, the defendant HAROLD CUNNINGHAM, JR., having been convicted of a crime punishable by a term of imprisonment of more than one year, to wit, the offense of possession with intent to distribute cocaine, of which the defendant was convicted in 1988 in the state of Maryland, did knowingly possess in and affecting

commerce a firearm, to wit, a pistol.

(Felon in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g))

### Armed Robbery of Horace & Dickie's Carryout

### COUNT THIRTY-NINE

### ARMED ROBBERY OF MICHAEL STOVALL

43.  On or about August 29, 1993, within the District of Columbia, the defendants HAROLD CUNNINGHAM, JR., PERCY BARRON, also known as "Perp," and BILLY RICHARDSON, while armed with pistols, by force and violence, against resistance and by putting in fear, stole and took from the person and from the immediate actual possession of Michael Stovall property of value belonging to Michael Stovall, consisting of money.

(Armed Robbery, in violation of Title 22, D.C. Code, Sections 2901 and 3202)

### COUNT FORTY

### ARMED ROBBERY OF DARRELL THOMAS

44.  On or about August 29, 1993, within the District of Columbia, the defendants HAROLD CUNNINGHAM, JR., PERCY BARRON, also known as "Perp," and BILLY RICHARDSON, while armed with pistols, by force and violence, against resistance and by putting in fear, stole and took from the person and from the immediate actual possession of Darrell Thomas property of value belonging to Darrell Thomas, consisting of a watch.

(Armed Robbery, in violation of Title 22, D.C. Code, Sections 2901 and 3202)

### COUNT FORTY-ONE

### ARMED ROBBERY OF CHARLES COLEMAN

45. On or about August 29, 1993, within the District of Columbia, the defendants HAROLD CUNNINGHAM, JR., PERCY BARRON, also known as "Perp," and BILLY RICHARDSON, while armed with pistols, by force and violence, against resistance and by putting in fear, stole and took from the person and from the immediate actual possession of Charles Coleman property of value belonging to Horace & Dickie's Carryout, consisting of money.

(Armed Robbery, in violation of Title 22, D.C. Code, Sections 2901 and 3202)

### COUNT FORTY-TWO

### ASSAULT OF DARRELL THOMAS WITH A DANGEROUS WEAPON

46. On or about August 29, 1993, within the District of Columbia, the defendants HAROLD CUNNINGHAM, JR., PERCY BARRON, also known as "Perp," and BILLY RICHARDSON assaulted Darrell Thomas with a dangerous weapon, that is, a nine-millimeter pistol.

(Assault with a Dangerous Weapon, in violation of Title 22, D.C. Code, Section 502)

### COUNT FORTY-THREE

### SECOND-DEGREE BURGLARY WHILE ARMED

47. On or about August 29, 1993, within the District of Columbia, the defendants HAROLD CUNNINGHAM, JR., PERCY BARRON, also known as "Perp," and BILLY RICHARDSON, while armed with pistols, entered Horace & Dickie's Carryout with intent to steal property of another.

(Second-Degree Burglary While Armed, in violation of Title 22, D.C. Code, Sections 1801(b) and 3202)

### COUNT FORTY-FOUR

### USE OF A FIREARM DURING A CRIME OF VIOLENCE

48.  On or about August 29, 1993, within the District of Columbia, the defendants HAROLD CUNNINGHAM, JR., PERCY BARRON, also known as "Perp," and BILLY RICHARDSON knowingly used and carried pistols, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, to wit, obstructing, delaying and affecting commerce and the movement of any article or commodity in commerce, by robbery, in that they unlawfully took and obtained money and personal property from the persons or in the presence of the employees of Horace & Dickie's Carryout, against their will, by means of actual or threatened force, violence and fear of injury, immediate and future, to the employees of Horace & Dickie's Carryout and others in the company of the employees at the time of the taking, in violation of Title 18, United States Code, Section 1951.

(Use of a Firearm During a Crime of Violence, in violation of Title 18, United States Code, Sections 2 and 924(c)(1))

### COUNT FORTY-FIVE

### FELON IN POSSESSION OF A FIREARM

49.  On or about August 29, 1993, within the District of Columbia, the defendant HAROLD CUNNINGHAM, JR., having been convicted of a crime punishable by a term of imprisonment of more than one year, to wit, the offense of possession with intent to distribute cocaine, of which the defendant was convicted in 1988 in the state of Maryland, did knowingly possess in and affecting commerce a firearm, to wit, a pistol.

(Felon in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g))

### COUNT FORTY-SIX

### FELON IN POSSESSION OF A FIREARM

50. On or about August 29, 1993, within the District of Columbia, the defendant BILLY RICHARDSON, having been convicted of a crime punishable by a term of imprisonment of more than one year, to wit, the offense of possession with intent to distribute phencyclidine ("PCP"), of which the defendant was convicted in 1987 in the state of Maryland, did knowingly possess in and affecting commerce a firearm, to wit, a pistol.

(Felon in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g))

### Armed Robbery and Double Murder at Fair Liquor Store

### COUNT FORTY-SEVEN

### ARMED ROBBERY OF LEONARD HENDERSON

51. On or about August 30, 1993, within the District of Columbia, the defendants HAROLD CUNNINGHAM, JR., PERCY BARRON, also known as "Perp," and BILLY RICHARDSON, while armed with pistols, by force and violence, against resistance and by putting in fear, stole and took from the person and from the immediate actual possession of Leonard Henderson money belonging to Fair Liquor Store.

(Armed Robbery, in violation of Title 22, D.C. Code, Sections 2901 and 3202)

### COUNT FORTY-EIGHT

### ARMED ROBBERY OF JONG MIN LEE

52. On or about August 30, 1993, within the District of

Columbia, the defendants HAROLD CUNNINGHAM, JR., PERCY BARRON, also known as "Perp," and BILLY RICHARDSON, while armed with pistols, by force and violence, against resistance and by putting in fear, stole and took from the person and from the immediate actual possession of Jong Min Lee money belonging to Fair Liquor Store.

(Armed Robbery, in violation of Title 22, D.C. Code, Sections 2901 and 3202)

### COUNT FORTY-NINE

### ARMED ROBBERY OF JONG KOOK LEE

53.   On or about August 30, 1993, within the District of Columbia, the defendants HAROLD CUNNINGHAM, JR., PERCY BARRON, also known as "Perp," and BILLY RICHARDSON, while armed with pistols, by force and violence, against resistance and by putting in fear, stole and took from the person and from the immediate actual possession of Jong Kook Lee money belonging to Fair Liquor Store.

(Armed Robbery, in violation of Title 22, D.C. Code, Sections 2901 and 3202)

### COUNT FIFTY

### FELONY MURDER OF LEONARD HENDERSON

54.   On or about August 30, 1993, within the District of Columbia, the defendants HAROLD CUNNINGHAM, JR., PERCY BARRON, also known as "Perp," and BILLY RICHARDSON, while armed with pistols, in perpetrating and attempting to perpetrate the crime of armed robbery as set forth in Counts Forty-Seven through Forty-Nine of this Indictment, killed Leonard Henderson by shooting him with a pistol on or about August 30, 1993, thereby causing injuries from which Leonard Henderson died on or about August 30, 1993.

(Felony Murder While Armed, in violation of Title 22, D.C. Code, Sections 2401 and 3202)

### COUNT FIFTY-ONE

### FELONY MURDER OF JONG MIN LEE

55.  On or about August 30, 1993, within the District of Columbia, the defendants HAROLD CUNNINGHAM, JR., PERCY BARRON, also known as "Perp," and BILLY RICHARDSON, while armed with pistols, in perpetrating and attempting to perpetrate the crime of armed robbery as set forth in Counts Forty-Seven through Forty-Nine of this Indictment, killed Jong Min Lee by shooting him with a pistol on or about August 30, 1993, thereby causing injuries from which Jong Min Lee died on or about August 30, 1993.

(Felony Murder While Armed, in violation of Title 22, D.C. Code, Sections 2401 and 3202)

### COUNT FIFTY-TWO

### SECOND-DEGREE BURGLARY WHILE ARMED

56.  On or about August 30, 1993, within the District of Columbia, the defendants HAROLD CUNNINGHAM, JR., PERCY BARRON, also known as "Perp," and BILLY RICHARDSON, while armed with pistols, entered Fair Liquor Store with intent to steal property of another.

(Second-Degree Burglary While Armed, in violation of Title 22, D.C. Code, Sections 1801(b) and 3202)

### COUNT FIFTY-THREE

### USE OF A FIREARM DURING A CRIME OF VIOLENCE

57.  On or about August 30, 1993, within the District of Columbia, the defendants HAROLD CUNNINGHAM, JR., PERCY BARRON, also known as "Perp," and BILLY RICHARDSON knowingly used and carried pistols, during and in relation to a crime of violence for which

they may be prosecuted in a court of the United States, to wit, obstructing, delaying and affecting commerce and the movement of any article or commodity in commerce, by robbery, in that they unlawfully took and obtained money from the persons or in the presence of the employees of Fair Liquor Store, against their will, by means of actual or threatened force, violence and fear of injury, immediate and future, to the employees of Fair Liquor Store and others in the company of the employees at the time of the taking, in violation of Title 18, United States Code, Section 1951.

(Use of a Firearm During a Crime of Violence, in violation of Title 18, United States Code, Sections 2 and 924(c)(1))

## COUNT FIFTY-FOUR

### FELON IN POSSESSION OF A FIREARM

58. On or about August 30, 1993, within the District of Columbia, the defendant HAROLD CUNNINGHAM, JR., having been convicted of a crime punishable by a term of imprisonment of more than one year, to wit, the offense of possession with intent to distribute cocaine, of which the defendant was convicted in 1988 in the state of Maryland, did knowingly possess in and affecting commerce a firearm, to wit, a pistol.

(Felon in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g))

### Murder of Anthony Johnson

## COUNT FIFTY-FIVE

### FIRST-DEGREE MURDER OF ANTHONY JOHNSON

59. On or about September 20, 1993, within the District of Columbia, the defendants HAROLD CUNNINGHAM, JR. and PERCY BARRON,

also known as "Perp," while armed with pistols, purposely and with deliberate and premeditated malice, killed Anthony Johnson, by shooting him with a pistol on or about September 20, 1993, thereby causing injuries from which Anthony Johnson died on or about September 20, 1993.

(First-Degree Murder While Armed, in violation of Title 22, D.C. Code, Sections 2401 and 3202)

### COUNT FIFTY-SIX

#### ASSAULT OF BERNICE DOUGLAS WITH INTENT TO MURDER WHILE ARMED

60.  On or about September 20, 1993, within the District of Columbia, the defendants HAROLD CUNNINGHAM, JR. and PERCY BARRON, also known as "Perp," while armed with pistols, assaulted Bernice Douglas with intent to murder Anthony Johnson.

(Assault with Intent to Murder While Armed, in violation of Title 22, D.C. Code, Sections 503 and 3202)

### COUNT FIFTY-SEVEN

#### ASSAULT OF NEFERTARI MCCREE WITH INTENT TO MURDER WHILE ARMED

61.  On or about September 20, 1993, within the District of Columbia, the defendants HAROLD CUNNINGHAM, JR. and PERCY BARRON, also known as "Perp," while armed with pistols, assaulted Nefertari McCree with intent to murder Anthony Johnson.

(Assault with Intent to Murder While Armed, in violation of Title 22, D.C. Code, Sections 503 and 3202)

### COUNT FIFTY-EIGHT

#### POSSESSION OF A FIREARM DURING A CRIME OF VIOLENCE

62.  On or about September 20, 1993, within the District of Columbia, the defendant HAROLD CUNNINGHAM, JR. did possess a firearm, that is, a pistol or imitation thereof, while committing

the crimes of first-degree murder while armed and assault with intent to murder while armed, as set forth in Counts Fifty-Five through Fifty-Seven of this Indictment.

(Possession of a Firearm During a Crime of Violence, in violation of Title 22, D.C. Code, Section 3204(b))

## COUNT FIFTY-NINE

### FELON IN POSSESSION OF A FIREARM

63.  On or about September 20, 1993, within the District of Columbia, the defendant HAROLD CUNNINGHAM, JR., having been convicted of a crime punishable by a term of imprisonment of more than one year, to wit, the offense of possession with intent to distribute cocaine, of which the defendant was convicted in 1988 in the state of Maryland, did knowingly possess in and affecting commerce a firearm, to wit, a pistol.

(Felon in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g))

## COUNT SIXTY

### POSSESSION OF A FIREARM DURING A CRIME OF VIOLENCE

64.  On or about September 20, 1993, within the District of Columbia, the defendant PERCY BARRON, also known as "Perp," did possess a firearm, that is, a pistol or imitation thereof, while committing the crimes of first-degree murder while armed and assault with intent to murder while armed, as set forth in Counts Fifty-Five through Fifty-Seven of this Indictment.

(Possession of a Firearm During a Crime of Violence, in violation of Title 22, D.C. Code, Section 3204(b))

## COUNT SIXTY-ONE

### POSSESSION OF FIREARM WITH OBLITERATED SERIAL NUMBER

65.   On or about September 20, 1993, within the District of Columbia, the defendant PERCY BARRON, also known as "Perp," knowingly possessed a firearm, to wit, a Browning nine-millimeter semi-automatic handgun, from which the importer's and manufacturer's serial number had been removed, obliterated and altered, and which had been shipped or transported in foreign and interstate commerce.

(Possession of a Firearm with Obliterated Serial Number, in violation of Title 18, United States Code, Section 922(k))

### Cunningham's Shooting with Metropolitan Police

### COUNT SIXTY-TWO

### ASSAULTING, RESISTING AND INTERFERING WITH A POLICE OFFICER

66.   On or about October 17, 1993, within the District of Columbia, the defendant HAROLD CUNNINGHAM, JR., without justifiable and excusable cause, did assault, resist, oppose, impede, and interfere with Kevin Budd, a member of a police force operating in the District of Columbia, knowing him to be a police officer, while Kevin Budd was engaged in and on account of the performance of his official duties.

(Assaulting, Resisting and Interfering with a Police Officer, in violation of Title 22, D.C. Code, Section 505(a))

### COUNT SIXTY-THREE

### ASSAULTING, RESISTING AND INTERFERING WITH A POLICE OFFICER

67.   On or about October 17, 1993, within the District of Columbia, the defendant HAROLD CUNNINGHAM, JR., without justifiable

and excusable cause, did assault, resist, oppose, impede, and interfere with Lynn Rosenberg, a member of a police force operating in the District of Columbia, knowing her to be a police officer, while Lynn Rosenberg was engaged in and on account of the performance of her official duties.

(Assaulting, Resisting and Interfering with a Police Officer, in violation of Title 22, D.C. Code, Section 505(a))

### COUNT SIXTY-FOUR

### ASSAULTING, RESISTING AND INTERFERING WITH A POLICE OFFICER WITH A DANGEROUS WEAPON

68.  On or about October 17, 1993, within the District of Columbia, the defendant HAROLD CUNNINGHAM, JR., without justifiable and excusable cause, and with a deadly and dangerous weapon, that is, a pistol, did assault, resist, oppose, impede, and interfere with Michael McDowell, a member of a police force operating in the District of Columbia, knowing him to be a police officer, while Michael McDowell was engaged in and on account of the performance of his official duties.

(Assaulting, Resisting and Interfering with a Police Officer with a Dangerous Weapon, in violation of Title 22, D.C. Code, Section 505(b))

### COUNT SIXTY-FIVE

### ASSAULT OF MICHAEL MCDOWELL WITH INTENT TO MURDER WHILE ARMED

69.  On or about October 17, 1993, within the District of Columbia, the defendant HAROLD CUNNINGHAM, JR., while armed with a pistol, assaulted Michael McDowell with intent to murder him.

(Assault with Intent to Murder While Armed, in violation of Title 22, D.C. Code, Sections 503 and 3202)

## COUNT SIXTY-SIX

### POSSESSION OF A FIREARM DURING A CRIME OF VIOLENCE

70. On or about October 17, 1993, within the District of Columbia, the defendant HAROLD CUNNINGHAM, JR. did possess a firearm, that is, a pistol or imitation thereof, while committing the crimes of assaulting, resisting and interfering with a police officer with a dangerous weapon and assault with intent to murder while armed, as set forth in Counts Sixty-Four and Sixty-Five of this Indictment.

(Possession of a Firearm During a Crime of Violence, in violation of Title 22, D.C. Code, Section 3204(b))

## COUNT SIXTY-SEVEN

### FELON IN POSSESSION OF A FIREARM

71. On or about October 17, 1993, within the District of Columbia, the defendant HAROLD CUNNINGHAM, JR., having been convicted of a crime punishable by a term of imprisonment of more than one year, to wit, the offense of possession with intent to distribute cocaine, of which the defendant was convicted in 1988 in the state of Maryland, did knowingly possess in and affecting commerce a firearm, to wit, a pistol.

(Felon in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g))

## COUNT SIXTY-EIGHT

### POSSESSION OF FIREARM WITH OBLITERATED SERIAL NUMBER

72. On or about October 17, 1993, within the District of Columbia, the defendant HAROLD CUNNINGHAM, JR. knowingly possessed a firearm, to wit, an Iberia forty-caliber semi-automatic pistol,

38

from which the importer's and manufacturer's serial number had been removed, obliterated and altered, and which had been shipped or transported in foreign and interstate commerce.

(Possession of a Firearm with Obliterated Serial Number, in violation of Title 18, United States Code, Section 922(k))

*Eric H. Holder, Jr. (BM m)*
**Attorney of the United States in and for the District of Columbia**

A TRUE BILL:   *April 13, 1995*

*Mr. Jerome C. Parham*
**Foreperson**